IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADELA DELORES GREEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO.  21-5269 |
| Commissioner of Social Security | : | |

## O R D E R

AND NOW, this  30th  day of June, 2023, upon consideration of Plaintiff's brief and statement of issues (Doc. 8), Defendant's response (Doc. 11), the reply (Doc. 12), and after careful consideration of the administrative record (Doc. 7), IT IS HEREBY ORDERED that:

1.  Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is DENIED,

2.  The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey

_____

ELIZABETH T. HEY, U.S.M.J.